NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EMON DAWKINS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI,** Secretary of Veterans Affairs,
*Respondent-Appellee.*

---

2012-7105

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-665, Judge Lawrence B. Hagel.

## ORDER

Upon review of this recently docketed appeal, it appears that Emon Dawkins's appeal was not timely filed.

On February 2, 2012, the United States Court of Appeals for Veterans Claims entered judgment in Dawkins's case. The court received Dawkins's notice of appeal on April 5, 2012, 63 days after the date of the judgment.

To be timely filed, a notice of appeal must be received within 60 days of the entry of judgment. 38 U.S.C. § 7292(a); 28 U.S.C. § 2107(b); Fed. R. App. P. 4(a)(1).

Accordingly,

IT IS ORDERED THAT:

(1) Dawkins is directed to show cause within 30 days of the date of this order why his appeal should not be dismissed as untimely. The Secretary may also respond within that time.

(2) The briefing schedule is stayed.

FOR THE COURT

MAY 1 4 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Emon Dawkins
    Jeanne E. Davidson, Esq.

s25

· FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 4 2012

JAN HORBALY
CLERK